**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David A. Doty*
Assistant U.S. Attorney

*401 Market Street*
*Camden, NJ 08101*
*David.Doty@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 605-4905*

October 6, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Solano-Chamba v. Warden*, No. 2:26-cv-12970-CCC**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents the Respondent in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 1:58 p.m. on October 6, 2026 under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/David A. Doty*
David A. Doty
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/9/2026